KenCrest Services
960A Harvest Drive, Suite 100
Blue Bell, PA 19422-1900

| Pay Group: | YAS-Youth & Adults - Salaried | Business Unit: KSADS |
|---|---|---|
| Pay Begin Date: | 02/11/2019 | Advice #: 1694450 |
| Pay End Date: | 02/24/2019 | Advice Date: 03/08/2019 |

Tracia N Knight Warner
214 West Grange Avenue
Philadelphia, PA 19120

| Employee ID: | 14853 |
|---|---|
| Department: | 4736-1013 E. Mt Pleasant Avenue |
| Location: | 1013 E. Mt Pleasant Avenue |
| Job Title: | Program Manager PA |
| Pay Rate: | $1,846.15 Biweekly |

| TAX DATA: | Federal | PA State |
|---|---|---|
| Tax Status: | Single | N/A |
| Allowances: | 0 | 0 |
| Addl. Pct.: | | |
| Addl. Amt.: | 15.00 | |

## HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| LG2 - Longevity Benefit Credit | | | 59.45 | | 223.73 |
| RAR-CHS RA Rate | 12.000000 | 75.50 | 906.00 | 247.75 | 2,973.00 |
| SAL - Regular Rate (Salary) | 24.615384 | 67.50 | 1,661.58 | 315.00 | 7,754.04 |
| HOL - Holiday | 24.615384 | 7.50 | 184.62 | 37.50 | 923.10 |
| RAO-CHS RA Rate OT | 18.000000 | 6.50 | 117.00 | 48.20 | 867.60 |
| Beeper Hours | | 0.00 | 0.00 | 7.50 | 184.62 |
| Extra Pay Above Regular-No Pen | | 0.00 | 0.00 | | 75.00 |
| One Time Payment | | 0.00 | 0.00 | | 300.00 |
| Paid Time Off Planned | | 0.00 | 0.00 | 15.00 | 369.24 |
| Total: | | 157.00 | 2,928.65 | 670.95 | 13,670.33 |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 403.95 | 1,817.32 |
| Fed MED/EE | 41.19 | 193.10 |
| Fed OASDI/EE | 176.10 | 825.65 |
| PA Unempl EE | 1.75 | 8.20 |
| PA Withholdng | 87.20 | 408.83 |
| PA PHILADELPHIA Withho | 113.66 | 530.53 |
| Total: | 823.85 | 3,783.63 |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Aetna HMO 40 | 79.84 | 319.36 |
| Aetna Dental DMO | 8.49 | 33.96 |
| 403b Employee/Employer Contrib | 220.18 | 976.34 |
| Total: | 308.51 | 1,329.66 |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Short Term Disab Plan 5 - $300 | 12.90 | 51.60 |
| Pension Loan #12 | 113.22 | 566.10 |
| Pension Loan #13 | 77.06 | 385.30 |
| Pension Loan #14 | 112.22 | 336.66 |
| Total: | 315.40 | 1,339.66 |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Aetna HMO 40 | 242.29 | 969.16 |
| Core Employer Paid Life | 0.60 | 2.40 |
| Core Employer Paid AD&D | 0.08 | 0.32 |
| Core Employer Paid LTD | 4.55 | 18.20 |
| 403b Employee/Employer Contrib | 110.09 | 488.17 |

* Taxable

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 2,928.65 | 2,620.14 | 823.85 | 623.91 | 1,480.89 |
| YTD: | 13,670.33 | 12,340.67 | 3,783.63 | 2,669.32 | 7,217.38 |

| PTO HOURS | YTD | LTM HOURS | YTD | HOLIDAY HOURS | YTD |
|---|---|---|---|---|---|
| Start Balance: | 195.6 | Start Balance: | 248.5 | Start Balance: | 38.5- |
| + Earned: | 61.1 | + Earned: | | + Earned: | 15.0 |
| + Bought: | | + Bought: | | + Bought: | |
| - Taken: | 15.0 | - Taken: | | - Taken: | 22.5 |
| - Sold: | | - Sold: | | - Sold: | |
| + Adjustments: | | + Adjustments: | | + Adjustments: | |
| End Balance: | 241.7 | End Balance: | 248.5 | End Balance: | 46.0- |

## NET PAY DISTRIBUTION

| Advice #1694450 | 1,480.89 |
|---|---|
| Total: | 1,480.89 |

MESSAGE:

KenCrest Services
960A Harvest Drive
Suite 100
Blue Bell, PA 19422-1900

Date
03/08/2019

Advice No.
1694450

Deposit Amount:  $1,480.89

To The
Account(s) Of

TRACIA N KNIGHT WARNER
214 West Grange Avenue
Philadelphia, PA 19120

## DIRECT DEPOSIT DISTRIBUTION

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Checking | ███████ | 1,480.89 |
| Total: | | 1,480.89 |

# NON-NEGOTIABLE

KenCrest Services
960A Harvest Drive, Suite 100
Blue Bell, PA 19422-1900

| | |
|---|---|
| Pay Group: | YAS-Youth & Adults - Salaried |
| Pay Begin Date: | 01/28/2019 |
| Pay End Date: | 02/10/2019 |

| | |
|---|---|
| Business Unit: | KSADS |
| Advice #: | 1692459 |
| Advice Date: | 02/22/2019 |

Tracia N Knight Warner
214 West Grange Avenue
Philadelphia, PA 19120

| | |
|---|---|
| Employee ID: | 14853 |
| Department: | 4736-1013 E. Mt Pleasant Avenue |
| Location: | 1013 E. Mt Pleasant Avenue |
| Job Title: | Program Manager PA |
| Pay Rate: | $1,846.15 Biweekly |

| TAX DATA: | Federal | PA State |
|---|---|---|
| Tax Status: | Single | N/A |
| Allowances: | 0 | 0 |
| Addl. Pct.: | | |
| Addl. Amt.: | 15.00 | |

## HOURS AND EARNINGS

| | | Current | | YTD | |
|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings |
| LG2 - Longevity Benefit Credit | | | 60.61 | | 164.28 |
| RAR-CHS RA Rate | 12.000000 | 80.00 | 960.00 | 172.25 | 2,067.00 |
| SAL - Regular Rate (Salary) | 24.615384 | 75.00 | 1,846.20 | 247.50 | 6,092.46 |
| RAO-CHS RA Rate OT | 18.000000 | 27.45 | 494.10 | 41.70 | 750.60 |
| Beeper Hours | | | 0.00 | 7.50 | 184.62 |
| Extra Pay Above Regular-No Pen | | | 0.00 | | 75.00 |
| HOL - Holiday | | | 0.00 | 30.00 | 738.48 |
| One Time Payment | | | 0.00 | | 300.00 |
| Paid Time Off Planned | | | 0.00 | 15.00 | 369.24 |
| Total: | | 182.45 | 3,360.91 | 513.95 | 10,741.68 |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 498.10 | 1,413.37 |
| Fed MED/EE | 47.45 | 151.91 |
| Fed OASDI/EE | 202.90 | 649.55 |
| PA Unempl EE | 2.02 | 6.45 |
| PA Withholdng | 100.47 | 321.63 |
| PA PHILADELPHIA Withho | 130.43 | 416.87 |
| Total: | 981.37 | 2,959.78 |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Aetna HMO 40 | 79.84 | 239.52 |
| Aetna Dental DMO | 8.49 | 25.47 |
| 403b Employee/Employer Contrib | 224.50 | 756.16 |
| Total: | 312.83 | 1,021.15 |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Short Term Disab Plan 5 - $300 | 12.90 | 38.70 |
| Pension Loan #12 | 113.22 | 452.88 |
| Pension Loan #13 | 77.06 | 308.24 |
| Pension Loan #14 | 112.22 | 224.44 |
| Total: | 315.40 | 1,024.26 |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Aetna HMO 40 | 242.29 | 726.87 |
| Core Employer Paid Life | 0.60 | 1.80 |
| Core Employer Paid AD&D | 0.08 | 0.24 |
| Core Employer Paid LTD | 4.55 | 13.65 |
| 403b Employee/Employer Contrib | 112.25 | 378.08 |
| * Taxable | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 3,360.91 | 3,048.08 | 981.37 | 628.23 | 1,751.31 |
| YTD: | 10,741.68 | 9,720.53 | 2,959.78 | 2,045.41 | 5,736.49 |

| PTO HOURS | YTD | LTM HOURS | YTD | HOLIDAY HOURS | YTD |
|---|---|---|---|---|---|
| Start Balance: | 195.6 | Start Balance: | 248.5 | Start Balance: | 38.5- |
| + Earned: | 44.3 | + Earned: | | + Earned: | 15.0 |
| + Bought: | | + Bought: | | + Bought: | |
| - Taken: | 15.0 | - Taken: | | - Taken: | 22.5 |
| - Sold: | | - Sold: | | - Sold: | |
| + Adjustments: | | + Adjustments: | | + Adjustments: | |
| End Balance: | 224.9 | End Balance: | 248.5 | End Balance: | 46.0- |

## NET PAY DISTRIBUTION

| | |
|---|---|
| Advice #1692459 | 1,751.31 |
| Total: | 1,751.31 |

MESSAGE:

---

KenCrest Services
960A Harvest Drive
Suite 100
Blue Bell, PA 19422-1900

Date
02/22/2019

Advice No.
1692459

Deposit Amount: $1,751.31

To The
Account(s) Of

TRACIA N KNIGHT WARNER
214 West Grange Avenue
Philadelphia, PA 19120

## DIRECT DEPOSIT DISTRIBUTION

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Checking | ███████ | 1,751.31 |
| Total: | | 1,751.31 |

## NON-NEGOTIABLE

**KenCrest Services**
960A Harvest Drive, Suite 100
Blue Bell, PA 19422-1900

| | |
|---|---|
| Pay Group: | YAS-Youth & Adults - Salaried |
| Pay Begin Date: | 01/14/2019 |
| Pay End Date: | 01/27/2019 |

| | |
|---|---|
| Business Unit: | KSADS |
| Advice #: | 1689718 |
| Advice Date: | 02/08/2019 |

Tracia N Knight Warner
214 West Grange Avenue
Philadelphia, PA 19120

| | |
|---|---|
| Employee ID: | 14853 |
| Department: | 4736-1013 E. Mt Pleasant Avenue |
| Location: | 1013 E. Mt Pleasant Avenue |
| Job Title: | Program Manager PA |
| Pay Rate: | $1,846.15 Biweekly |

| TAX DATA: | Federal | PA State |
|---|---|---|
| Tax Status: | Single | N/A |
| Allowances: | 0 | 0 |
| Addl. Pct.: | | |
| Addl. Amt.: | 15.00 | |

### HOURS AND EARNINGS

| | | Current | | YTD | |
|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings |
| LG2 - Longevity Benefit Credit | | | 60.29 | | 164.28 |
| SAL - Regular Rate (Salary) | 24.615384 | 67.50 | 1,661.58 | 247.50 | 6,092.46 |
| RAR-CHS RA Rate | 12.000000 | 78.75 | 945.00 | 172.25 | 2,067.00 |
| HOL - Holiday | 24.615384 | 7.50 | 184.62 | 30.00 | 738.48 |
| RAO-CHS RA Rate OT | 18.000000 | 14.25 | 256.50 | 41.70 | 750.60 |
| Beeper Hours | | | 0.00 | 7.50 | 184.62 |
| Extra Pay Above Regular-No Pen | | | 0.00 | | 75.00 |
| One Time Payment | | | 0.00 | | 300.00 |
| Paid Time Off Planned | | | 0.00 | 15.00 | 369.24 |
| **Total:** | | **168.00** | **3,107.99** | **513.95** | **10,741.68** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 442.72 | 1,413.37 |
| Fed MED/EE | 43.79 | 151.91 |
| Fed OASDI/EE | 187.21 | 649.55 |
| PA Unempl EE | 1.87 | 6.45 |
| PA Withholdng | 92.70 | 321.63 |
| PA PHILADELPHIA Withho | 120.62 | 416.87 |
| **Total:** | **888.91** | **2,959.78** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Aetna HMO 40 | 79.84 | 239.52 |
| Aetna Dental DMO | 8.49 | 25.47 |
| 403b Employee/Employer Contrib | 223.30 | 756.16 |
| **Total:** | **311.63** | **1,021.15** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Short Term Disab Plan 5 - $300 | 12.90 | 38.70 |
| Pension Loan #12 | 113.22 | 452.88 |
| Pension Loan #13 | 77.06 | 308.24 |
| Pension Loan #14 | 112.22 | 224.44 |
| **Total:** | **315.40** | **1,024.26** |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Aetna HMO 40 | 242.29 | 726.87 |
| Core Employer Paid Life | 0.60 | 1.80 |
| Core Employer Paid AD&D | 0.08 | 0.24 |
| Core Employer Paid LTD | 4.55 | 13.65 |
| 403b Employee/Employer Contrib | 111.65 | 378.08 |

* Taxable

### TOTAL GROSS / FED TAXABLE GROSS / TOTAL TAXES / TOTAL DEDUCTIONS / NET PAY

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 3,107.99 | 2,796.36 | 888.91 | 627.03 | 1,592.05 |
| YTD: | 10,741.68 | 9,720.53 | 2,959.78 | 2,045.41 | 5,736.49 |

### PTO HOURS / LTM HOURS / HOLIDAY HOURS

| | YTD | | YTD | | YTD |
|---|---|---|---|---|---|
| Start Balance: | 195.6 | Start Balance: | 248.5 | Start Balance: | 38.5- |
| + Earned: | 27.0 | + Earned: | | + Earned: | 15.0 |
| + Bought: | | + Bought: | | + Bought: | |
| - Taken: | 15.0 | - Taken: | | - Taken: | 15.0 |
| - Sold: | | - Sold: | | - Sold: | |
| + Adjustments: | | + Adjustments: | | + Adjustments: | |
| End Balance: | 207.6 | End Balance: | 248.5 | End Balance: | 38.5- |

### NET PAY DISTRIBUTION

| | |
|---|---|
| Advice #1689718 | 1,592.05 |
| **Total:** | **1,592.05** |

MESSAGE:

---

KenCrest Services
960A Harvest Drive
Suite 100
Blue Bell, PA 19422-1900

Date
02/08/2019

Advice No.
1689718

Deposit Amount:  $1,592.05

To The
Account(s) Of

TRACIA N KNIGHT WARNER
214 West Grange Avenue
Philadelphia, PA 19120

### DIRECT DEPOSIT DISTRIBUTION

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Checking | ██████████ | 1,592.05 |
| **Total:** | | **1,592.05** |

# NON-NEGOTIABLE

**KenCrest Services**
960A Harvest Drive, Suite 100
Blue Bell, PA 19422-1900

| | |
|---|---|
| Pay Group: | YAS-Youth & Adults - Salaried |
| Pay Begin Date: | 12/31/2018 |
| Pay End Date: | 01/13/2019 |

| | |
|---|---|
| Business Unit: | KSADS |
| Advice #: | 1688489 |
| Advice Date: | 01/25/2019 |

Tracia N Knight Warner
214 West Grange Avenue
Philadelphia, PA 19120

| | |
|---|---|
| Employee ID: | 14853 |
| Department: | 4736-1013 E. Mt Pleasant Avenue |
| Location: | 1013 E. Mt Pleasant Avenue |
| Job Title: | Program Manager PA |
| Pay Rate: | $1,846.15 Biweekly |

| TAX DATA: | Federal | PA State |
|---|---|---|
| Tax Status: | Single | N/A |
| Allowances: | 0 | 0 |
| Addl. Pct.: | | |
| Addl. Amt.: | 15.00 | |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| LG2 - Longevity Benefit Credit | | | 43.38 | | 43.38 |
| SAL - Regular Rate (Salary) | 24.615384 | 52.50 | 1,292.34 | 105.00 | 2,584.68 |
| HOL - Holiday | 24.615384 | 7.50 | 184.62 | 22.50 | 553.86 |
| RAR-CHS RA Rate | 12.000000 | 13.50 | 162.00 | 13.50 | 162.00 |
| Paid Time Off Planned | 24.615384 | 15.00 | 369.24 | 15.00 | 369.24 |
| Beeper Hours | | | 0.00 | 7.50 | 184.62 |
| Extra Pay Above Regular-No Pen | | | 0.00 | | 75.00 |
| One Time Payment | | | 0.00 | | 300.00 |
| **Total:** | | **88.50** | **2,051.58** | **163.50** | **4,272.78** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 224.09 | 472.55 |
| Fed MED/EE | 28.46 | 60.67 |
| Fed OASDI/EE | 121.73 | 259.44 |
| PA Unempl EE | 1.23 | 2.56 |
| PA Withholdng | 60.27 | 128.46 |
| PA PHILADELPHIA Withho | 79.62 | 165.82 |
| **Total:** | **515.40** | **1,089.50** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Aetna HMO 40 | 79.84 | 79.84 |
| Aetna Dental DMO | 8.49 | 8.49 |
| 403b Employee/Employer Contrib | 160.66 | 308.36 |
| **Total:** | **248.99** | **396.69** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Short Term Disab Plan 5 - $300 | 12.90 | 12.90 |
| Pension Loan #12 | 113.22 | 226.44 |
| Pension Loan #13 | 77.06 | 154.12 |
| **Total:** | **203.18** | **393.46** |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Aetna HMO 40 | 242.29 | 242.29 |
| Core Employer Paid Life | 0.60 | 0.60 |
| Core Employer Paid AD&D | 0.08 | 0.08 |
| Core Employer Paid LTD | 4.55 | 4.55 |
| 403b Employee/Employer Contrib | 80.33 | 154.18 |

* Taxable

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 2,051.58 | 1,802.59 | 515.40 | 452.17 | 1,084.01 |
| YTD: | 4,272.78 | 3,876.09 | 1,089.50 | 790.15 | 2,393.13 |

| PTO HOURS | YTD | LPM HOURS | YTD | HOLIDAY HOURS | YTD |
|---|---|---|---|---|---|
| Start Balance: | 195.6 | Start Balance: | 248.5 | Start Balance: | 38.5- |
| + Earned: | 9.9 | + Earned: | | + Earned: | 15.0 |
| + Bought: | | + Bought: | | + Bought: | |
| - Taken: | 15.0 | - Taken: | | - Taken: | 15.0 |
| - Sold: | | - Sold: | | - Sold: | |
| + Adjustments: | | + Adjustments: | | + Adjustments: | |
| End Balance: | 190.4 | End Balance: | 248.5 | End Balance: | 38.5- |

### NET PAY DISTRIBUTION

| | |
|---|---|
| Advice #1688489 | 1,084.01 |
| **Total:** | **1,084.01** |

MESSAGE:

KenCrest Services
960A Harvest Drive
Suite 100
Blue Bell, PA 19422-1900

Date
01/25/2019

Advice No.
1688489

Deposit Amount: $1,084.01

To The
Account(s) Of

TRACIA N KNIGHT WARNER
214 West Grange Avenue
Philadelphia, PA 19120

### DIRECT DEPOSIT DISTRIBUTION

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Checking | | 1,084.01 |
| **Total:** | | **1,084.01** |

# NON-NEGOTIABLE

**KenCrest Services**
960A Harvest Drive, Suite 100
Blue Bell, PA 19422-1900

| | |
|---|---|
| Pay Group: | YAS-Youth & Adults - Salaried |
| Pay Begin Date: | 12/31/2018 |
| Pay End Date: | 01/13/2019 |

| | |
|---|---|
| Business Unit: | KSADS |
| Advice #: | 1688490 |
| Advice Date: | 01/25/2019 |

Tracia N Knight Warner
214 West Grange Avenue
Philadelphia, PA 19120

| | |
|---|---|
| Employee ID: | 14853 |
| Department: | 4736-1013 E. Mt Pleasant Avenue |
| Location: | 1013 E. Mt Pleasant Avenue |
| Job Title: | Program Manager PA |
| Pay Rate: | $1,846.15 Biweekly |

| TAX DATA: | Federal | PA State |
|---|---|---|
| Tax Status: | Single | N/A |
| Allowances: | 0 | 0 |
| Addl. Pct.: | | |
| Addl. Amt.: | 15.00 | |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| One Time Payment | | | 300.00 | | 300.00 |
| Beeper Hours | | 0.00 | | 7.50 | 184.62 |
| Extra Pay Above Regular-No Pen | | 0.00 | | | 75.00 |
| HOL - Holiday | | 0.00 | | 22.50 | 553.86 |
| LG2 - Longevity Benefit Credit | | 0.00 | | | 43.38 |
| Paid Time Off Planned | | 0.00 | | 15.00 | 369.24 |
| RAR-CHS RA Rate | | 0.00 | | 13.50 | 162.00 |
| SAL - Regular Rate (Salary) | | 0.00 | | 105.00 | 2,584.68 |
| **Total:** | | | **300.00** | **163.50** | **4,272.78** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 30.77 | 472.55 |
| Fed MED/EE | 4.35 | 60.67 |
| Fed OASDI/EE | 18.60 | 259.44 |
| PA Unempl EE | 0.18 | 2.56 |
| PA Withholdng | 9.21 | 128.46 |
| PA PHILADELPHIA Withho | 11.64 | 165.82 |
| **Total:** | **74.75** | **1,089.50** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| 403b Employee/Employer Contrib | 0.00 | 308.36 |
| Aetna Dental DMO | 0.00 | 8.49 |
| Aetna HMO 40 | 0.00 | 79.84 |
| **Total:** | **0.00** | **396.69** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Pension Loan #13 | 0.00 | 154.12 |
| Pension Loan #12 | 0.00 | 226.44 |
| Short Term Disab Plan 5 - $300 | 0.00 | 12.90 |
| **Total:** | **0.00** | **393.46** |

\* Taxable

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| 403b Employee/Employer Contrib | 0.00 | 154.18 |
| Core Employer Paid LTD | 0.00 | 4.55 |
| Core Employer Paid AD&D | 0.00 | 0.08 |
| Core Employer Paid Life | 0.00 | 0.60 |
| Aetna HMO 40 | 0.00 | 242.29 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 300.00 | 300.00 | 74.75 | 0.00 | 225.25 |
| YTD: | 4,272.78 | 3,876.09 | 1,089.50 | 790.15 | 2,393.13 |

### PTO HOURS

| | YTD |
|---|---|
| Start Balance: | 195.6 |
| + Earned: | 9.9 |
| + Bought: | |
| - Taken: | 15.0 |
| - Sold: | |
| + Adjustments: | |
| End Balance: | 190.4 |

### LTM HOURS

| | YTD |
|---|---|
| Start Balance: | 248.5 |
| + Earned: | |
| + Bought: | |
| - Taken: | |
| - Sold: | |
| + Adjustments: | |
| End Balance: | 248.5 |

### HOLIDAY HOURS

| | YTD |
|---|---|
| Start Balance: | 38.5- |
| + Earned: | 15.0 |
| + Bought: | |
| - Taken: | 15.0 |
| - Sold: | |
| + Adjustments: | |
| End Balance: | 38.5- |

### NET PAY DISTRIBUTION

| | |
|---|---|
| Advice #1688490 | 225.25 |
| **Total:** | **225.25** |

MESSAGE:

---

KenCrest Services
960A Harvest Drive
Suite 100
Blue Bell, PA 19422-1900

Date
01/25/2019

Advice No.
1688490

Deposit Amount:   $225.25

To The
Account(s) Of

TRACIA N KNIGHT WARNER
214 West Grange Avenue
Philadelphia, PA 19120

### DIRECT DEPOSIT DISTRIBUTION

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Checking | ████████ | 225.25 |
| **Total:** | | **225.25** |

# NON-NEGOTIABLE

**KenCrest Services**
960A Harvest Drive, Suite 100
Blue Bell, PA 19422-1900

| | |
|---|---|
| Pay Group: | YAS-Youth & Adults – Salaried |
| Pay Begin Date: | 12/17/2018 |
| Pay End Date: | 12/30/2018 |

| | |
|---|---|
| Business Unit: | KSADS |
| Advice #: | 1686216 |
| Advice Date: | 01/11/2019 |

Tracia N Knight Warner
214 West Grange Avenue
Philadelphia, PA 19120

| | |
|---|---|
| Employee ID: | 14853 |
| Department: | 4736-1013 E. Mt Pleasant Avenue |
| Location: | 1013 E. Mt Pleasant Avenue |
| Job Title: | Program Manager PA |
| Pay Rate: | $1,846.15 Biweekly |

| TAX DATA: | Federal | PA State |
|---|---|---|
| Tax Status: | Single | N/A |
| Allowances: | 0 | 0 |
| Addl. Pct.: | | |
| Addl. Amt.: | 15.00 | |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| SAL - Regular Rate (Salary) | 24.615384 | 52.50 | 1,292.34 | 105.00 | 2,584.68 |
| HOL - Holiday | 24.615384 | 15.00 | 369.24 | 22.50 | 553.86 |
| Beeper Hours | 24.615384 | 7.50 | 184.62 | 7.50 | 184.62 |
| Extra Pay Above Regular-No Pen | | | 75.00 | | 75.00 |
| LG2 - Longevity Benefit Credit | | | 0.00 | | 43.38 |
| One Time Payment | | | 0.00 | | 300.00 |
| Paid Time Off Planned | | | 0.00 | 15.00 | 369.24 |
| RAR-CHS RA Rate | | | 0.00 | 13.50 | 162.00 |
| **Total:** | | **75.00** | **1,921.20** | **163.50** | **4,272.78** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 217.69 | 472.55 |
| Fed MED/EE | 27.86 | 60.67 |
| Fed OASDI/EE | 119.11 | 259.44 |
| PA Unempl EE | 1.15 | 2.56 |
| PA Withholdng | 58.98 | 128.46 |
| PA PHILADELPHIA Withho | 74.56 | 165.82 |
| **Total:** | **499.35** | **1,089.50** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| 403b Employee/Employer Contrib | 147.70 | 308.36 |
| Aetna Dental DMO | 0.00 | 8.49 |
| Aetna HMO 40 | 0.00 | 79.84 |
| **Total:** | **147.70** | **396.69** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Pension Loan #12 | 113.22 | 226.44 |
| Pension Loan #13 | 77.06 | 154.12 |
| Short Term Disab Plan 5 - $300 | 0.00 | 12.90 |
| **Total:** | **190.28** | **393.46** |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| 403b Employee/Employer Contrib | 73.85 | 154.18 |
| Core Employer Paid LTD | 0.00 | 4.55 |
| Core Employer Paid AD&D | 0.00 | 0.08 |
| Core Employer Paid Life | 0.00 | 0.60 |
| Aetna HMO 40 | 0.00 | 242.29 |

* Taxable

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 1,921.20 | 1,773.50 | 499.35 | 337.98 | 1,083.87 |
| YTD: | 4,272.78 | 3,876.09 | 1,089.50 | 790.15 | 2,393.13 |

| PTO HOURS | YTD | LTM HOURS | YTD | HOLIDAY HOURS | YTD |
|---|---|---|---|---|---|
| Start Balance: | 195.6 | Start Balance: | 248.5 | Start Balance: | 38.5- |
| + Earned: | | + Earned: | | + Earned: | 15.0 |
| + Bought: | | + Bought: | | + Bought: | |
| - Taken: | 15.0 | - Taken: | | - Taken: | 7.5 |
| - Sold: | | - Sold: | | - Sold: | |
| + Adjustments: | | + Adjustments: | | + Adjustments: | |
| End Balance: | 180.6 | End Balance: | 248.5 | End Balance: | 31.0- |

### NET PAY DISTRIBUTION

| | |
|---|---|
| Advice #1686216 | 1,083.87 |
| **Total:** | **1,083.87** |

MESSAGE:

---

KenCrest Services
960A Harvest Drive
Suite 100
Blue Bell, PA 19422-1900

Date
01/11/2019

Advice No.
1686216

Deposit Amount: $1,083.87

To The
Account(s) Of

TRACIA N KNIGHT WARNER
214 West Grange Avenue
Philadelphia, PA 19120

### DIRECT DEPOSIT DISTRIBUTION

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Checking | | 1,083.87 |
| **Total:** | | **1,083.87** |

# NON-NEGOTIABLE

**KenCrest Services**
960A Harvest Drive, Suite 100
Blue Bell, PA 19422-1900

| Pay Group: | YAS-Youth & Adults - Salaried | Business Unit: | KSADS |
|---|---|---|---|
| Pay Begin Date: | 12/03/2018 | Advice #: | 1684190 |
| Pay End Date: | 12/16/2018 | Advice Date: | 12/28/2018 |

Tracia N Knight Warner
214 West Grange Avenue
Philadelphia, PA 19120

| Employee ID: | 14853 |
|---|---|
| Department: | 4736-1013 E. Mt Pleasant Avenue |
| Location: | 1013 E. Mt Pleasant Avenue |
| Job Title: | Program Manager PA |
| Pay Rate: | $1,846.15 Biweekly |

| TAX DATA: | Federal | PA State |
|---|---|---|
| Tax Status: | Single | N/A |
| Allowances: | 0 | 0 |
| Addl. Pct.: | | |
| Addl. Amt.: | 15.00 | |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| LG2 - Longevity Benefit Credit | | | 39.88 | | 977.76 |
| SAL - Regular Rate (Salary) | 24.615384 | 67.50 | 1,661.58 | 1,642.50 | 40,431.78 |
| Paid Time Off Planned | 24.615384 | 7.50 | 184.62 | 217.50 | 5,353.98 |
| Anniversary Pay (Yrs of Srvc) | | | 0.00 | | 500.00 |
| Beeper Hours | | | 0.00 | 7.50 | 184.62 |
| Cash Out or Pay Out of PTO | | | 0.00 | 37.50 | 923.08 |
| Extra Pay Above Regular-No Pen | | | 0.00 | | 75.00 |
| HLY - Regular Rate (Hourly) | | | 0.00 | 31.00 | 334.80 |
| HOL - Holiday | | | 0.00 | 82.50 | 2,030.82 |
| One Time Payment | | | 0.00 | | 2,477.51 |
| RAR-CHS RA Rate | | | 0.00 | 60.00 | 648.00 |
| **Total:** | | **75.00** | **1,886.08** | **2,078.50** | **53,937.35** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 190.53 | 5,815.17 |
| Fed MED/EE | 26.07 | 751.72 |
| Fed OASDI/EE | 111.46 | 3,214.23 |
| PA Unempl EE | 1.13 | 32.36 |
| PA Withholdng | 55.19 | 1,591.57 |
| PA PHILADELPHIA Withho | 73.20 | 2,096.32 |
| **Total:** | **457.58** | **13,501.37** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Aetna HMO 40 | 79.84 | 1,891.16 |
| Aetna Dental DMO | 8.49 | 203.76 |
| 403b Employee/Employer Contrib | 147.70 | 3,918.80 |
| **Total:** | **236.03** | **6,013.72** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Short Term Disab Plan 5 - $300 | 12.90 | 309.60 |
| Pension Loan #12 | 113.22 | 2,943.72 |
| Pension Loan #13 | 77.06 | 1,926.50 |
| Rod Hibbard Staff Emerg. Fund | 0.00 | 5.00 |
| Pension Loan #10 | 0.00 | 2,412.75 |
| **Total:** | **203.18** | **7,597.57** |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Aetna HMO 40 | 242.29 | 5,746.46 |
| Core Employer Paid Life | 0.60 | 14.40 |
| Core Employer Paid AD&D | 0.08 | 1.92 |
| Core Employer Paid LTD | 4.55 | 107.55 |
| 403b Employee/Employer Contrib | 73.85 | 1,959.41 |

* Taxable

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 1,886.08 | 1,650.05 | 457.58 | 439.21 | 989.29 |
| YTD: | 53,937.35 | 47,923.63 | 13,501.37 | 13,611.29 | 26,824.69 |

| PTO HOURS | YTD | PTM HOURS | YTD | HOLIDAY HOURS | YTD |
|---|---|---|---|---|---|
| Start Balance: | 223.1 | Start Balance: | 226.0 | Start Balance: | 31.0- |
| + Earned: | 219.1 | + Earned: | 22.5 | + Earned: | 75.0 |
| + Bought: | | + Bought: | | + Bought: | |
| - Taken: | 255.0 | - Taken: | | - Taken: | 82.5 |
| - Sold: | | - Sold: | | - Sold: | |
| + Adjustments: | | + Adjustments: | | + Adjustments: | |
| End Balance: | 187.2 | End Balance: | 248.5 | End Balance: | 38.5- |

### NET PAY DISTRIBUTION

| | |
|---|---|
| Advice #1684190 | 989.29 |
| **Total:** | **989.29** |

**MESSAGE:**

---

KenCrest Services
960A Harvest Drive
Suite 100
Blue Bell, PA 19422-1900

Date
12/28/2018

Advice No.
1684190

**Deposit Amount:** $989.29

To The
Account(s) Of

TRACIA N KNIGHT WARNER
214 West Grange Avenue
Philadelphia, PA 19120

### DIRECT DEPOSIT DISTRIBUTION

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Checking | | 989.29 |
| **Total:** | | **989.29** |

# NON-NEGOTIABLE