**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

        Chapter 13

        Bankruptcy No. 19-11738-MDC

TRACIA  KNIGHT

214 WEST GRANGE AVENUE

PHILADELPHIA, PA 19120

    Debtor

## **CERTIFICATE OF SERVICE**

    **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    TRACIA  KNIGHT

    214 WEST GRANGE AVENUE

    PHILADELPHIA, PA 19120

Counsel for debtor(s), by electronic notice only.

    GEORGETTE MILLER
    335 EVESHAM AV

    LAWNSIDE, NJ 08045-

Date: 11/12/2019

                                            /S/ William C. Miller
                                            _____
                                            William C. Miller, Esquire
                                            Chapter 13 Standing Trustee