**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:  TRACIA KNIGHT** | : | **CHAPTER 13** |
| | : | |
| **DEBTOR** | : | **CASE NO.: 19-11738** |
| **v.** | : | |
| | | |
| **Santander** | : | |

**Praecipe to Withdraw**

To The Clerk,

Kindly withdraw Debtor's Motion to Determine Value, filed on 11/15/19, docket #30.

Respectfully Submitted,

/s/ Michelle Lee
Michelle Lee, Esquire
Law Offices of Georgette Miller
Esq., P.C
119 S. Easton Road
Glenside, PA 19038

Dated: November 19, 2019

{00362536;v1}