L.B.F. 3015-6A

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Tracia Knight                              : Chapter 13
                    Debtor(s)                     :
                                                  : Bky. No. 19-11738

PRE-CONFIRMATION CERTIFICATION
OF COMPLIANCE WITH POST-PETITION OBLIGATIONS IN ACCORDANCE
WITH 11 U.S.C. §§ 1325(a)(8) and 1325(a)(9)

I hereby certify as follows in connection with the confirmation hearing in the above case:

1. The above named debtor(s) has/have paid all post-petition amounts that are required to be paid under any and all Domestic Support Obligations.

2. The above named debtor(s) has/have filed all applicable federal, state and local tax returns as required by 11 U.S.C. § 1308.

3. If the confirmation hearing is postponed for any reason, and the information herein changes, I will provide an updated Certification to the chapter 13 trustee prior to any subsequent confirmation hearing.

[to be executed by counsel for Debtor(s) or the Debtor(s)]

Date: 12/17/19

_____
[name]
Attorney for Debtor(s)

Date:

_____
[name]
Debtor

Date:

_____
[name]
Debtor

-19-