IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  TRACIA KNIGHT | : | CHAPTER 13 |
| | : | |
| DEBTOR | : | CASE NO.: 19-11738 |
| v. | : | |
| Santander | : | |

ORDER

And Now this _December 17_, 2019, upon consideration of Debtor Tracia Knight's Motion to Determine Value, and any response in opposition thereto, if any, it is hereby ORDERED that Debtor's Motion is granted, and that the allowed secured claim of Santander be $2,520.00. The remaining balance shall be treated as unsecured.

_Magdeline D. C_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

{00361763;v2}