## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Tracia Knight aka Tracia Knight-Warner
                    Debtor

CHAPTER 13

Ditech Financial LLC
               Movant

      vs.

Tracia Knight aka Tracia Knight-Warner
                   Respondent

NO. 19-11738 MDC

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection of Ditech Financial LLC to Confirmation of Chapter 13 Plan, which was filed with the Court on or about June 11, 2019 (Document No. 19).

Respectfully submitted,

**/s/ Rebecca A. Solarz, Esquire**
Rebecca A. Solarz, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
215-627-1322

February 26, 2020