## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                  Chapter 13

                                  Bankruptcy No. 19-11738-MDC

TRACIA KNIGHT

214 WEST GRANGE AVENUE

PHILADELPHIA, PA 19120

      Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

TRACIA KNIGHT

214 WEST GRANGE AVENUE

PHILADELPHIA, PA 19120

Counsel for debtor(s), by electronic notice only.

    GEORGETTE MILLER, ESQ.
    MARGOLIS EDELSTEIN
    170 S. INDEPENDENCE MALL W, STE 400
    PHILADELPHIA, PA 19106-

                                    /S/ William C. Miller

Date: 9/28/2020                            _____

                                    William C. Miller, Esquire
                                    Chapter 13 Standing Trustee