UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: Tracia Knight, | : | Chapter 13 |
| | : | |
| Debtor. | : | |
| | : | Bankruptcy No. 19-11738-mdc |

Certificate of Service

    Michelle Lee, being duly sworn according to law, deposes and says that I served the Debtor's Amended Plan, filed on 11/15/2020, upon the following individuals listed below, by electronic means, email and/or first class mail on 11/16/2020:

William C. Miller,
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Tracia Knight
214 West Grange Avenue
Philadelphia, PA 19120

**ALL ATTORNEYS OF RECORD**

**ALL PARTIES ON CLERK'S SERVICE LIST**

**ALL CREDITORS AT THE ADDRESS LISTED ON THE MATRIX AND/OR at the ADDRESS LISTED ON FILED PROOFS OF CLAIMS**

And notice to be filed electronically with the Court, where it is available for viewing and downloading from the Court's ECF system, and that such electronic filing automatically generates a Notice of Electronic filing constituting service of the filed document upon all of the parties required by Federal Rule of Bankruptcy Procedure 3020(b)(1) and all parties that have requested service of papers in this case.

                                            Respectfully Submitted,
                                            /s/ Michelle Lee
                                            Michelle Lee, Esq.
                                            Margolis Edelstein
                                            170 S Independence Mall W Ste 400E
                                            Philadelphia, PA 19106