UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

IN RE:                                                                                                     CASE NO.: 19-11738-mdc
                                                                                                                   CHAPTER 13

**Tracia Knight,**
   **Debtor.**

_____/

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

     **PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of NewRez LLC d/b/a Shellpoint Mortgage Servicing ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**130 CLINTON RD #202**
**FAIRFIELD, NJ 07004**

                                                             Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                                             Authorized Agent for Secured Creditor
                                                             130 Clinton Rd #202
                                                             Fairfield, NJ 07004
                                                             Telephone: 470-321-7112

                                                             By: /s/Charles Wohlrab
                                                                 Charles Wohlrab, Esq.
                                                                 Email: CWohlrab@raslg.com

**CERTIFICATE OF SERVICE**

      **I HEREBY CERTIFY** that on November 19, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

TRACIA KNIGHT
214 WEST GRANGE AVENUE
PHILADELPHIA, PA 19120

And via electronic mail to:

MARGOLIS EDELSTEIN
THE CURTIS CENTER, 170 S. INDEPENDENCE MALL W, SUITE 400
PHILADELPHIA, PA 19106

KENNETH E. WEST
OFFICE OF THE CHAPTER 13 STANDING TRUSTEE 1234 MARKET STREET - SUITE 1813
PHILADELPHIA, PA 19107

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE 200 CHESTNUT STREET SUITE 502
PHILADELPHIA, PA 19106

                                                By: /s/ Trintney Whitsel