# UNITED STATES BANKRUPTCY COURT
### EASTERN District of PENNSYLVANIA

In re:  
TRACIA KNIGHT,  
Debtor(s).

Case No. 19-11738-mdc

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE THAT, Secured Creditor requests the Court update its mailing matrix and Claims Register to reflect the appropriate notice and payment addresses listed below.

<u>U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST C/O U.S. BANK TRUST NATIONAL ASSOCIATION</u>  
Name of Secured Creditor

Court Claim # 8-1

Old Address of Secured Creditor:

Selene Finance, LP  
9990 Richmond Ave.  
Suite 400 South  
Houston TX 77042

New Name and/or Address where **NOTICES** to Secured Creditor should be sent:

Selene Finance LP  
Attn: BK Dept  
3501 Olympus Blvd, Suite 500  
Dallas, TX 75019

Name and/or Address where **PAYMENTS** to Secured Creditor should be sent (if different from above):

Selene Finance LP  
Attn: BK Dept  
3501 Olympus Blvd, Suite 500  
Dallas, TX 75019

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Charles G. Wohlrab  
    Agent for Secured Creditor

Date: June 2, 2022

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 21, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

TRACIA KNIGHT
214 WEST GRANGE AVENUE
PHILADELPHIA, PA 19120

And via electronic mail to:

GEORGETTE MILLER
MARGOLIS EDELSTEIN
THE CURTIS CENTER
170 S. INDEPENDENCE MALL W
SUITE 400
PHILADELPHIA, PA 19106

KENNETH E. WEST
OFFICE OF THE CHAPTER 13 STANDING TRUSTEE
1234 MARKET STREET - SUITE 1813
PHILADELPHIA, PA 19107

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
200 CHESTNUT STREET
SUITE 502
PHILADELPHIA, PA 19106

By: /s/Hayley Copher