**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Tracia Knight | CHAPTER 13 |
| DEBTOR(S) | BANKRUPTCY NO: 19-11738 |

**CERTIFICATION OF NO RESPONSE**

    I, the undersigned, certify that, having served or caused to be served, a copy of the Notice, Application and Proposed Order on <u>October 20, 2022</u>, as shown in the Certification of Service filed in this matter, that more than 20 days have passed and that I have received no response, either oral or written, as of this date to Debtor Attorney's Application for Compensation and Reimbursement of Expenses.

    I respectfully request that the Court enter the attached Order.

Dated: November 9, 2022                                        /s/ Michelle Lee, Esq.
                                                                               Michelle Lee
                                                                               Dilworth Paxson LLP
                                                                               1500 Market Street, Suite 3500E
                                                                               Philadelphia, PA 19102

{00389887;v1}