UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

IN RE:                                                            CASE NO.: 19-11738-mdc
                                                                                                          CHAPTER 13

Tracia Knight,
   Debtor.

_____/

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

      **PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**130 CLINTON RD #202**
**FAIRFIELD, NJ 07004**

                                                 Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                                 Authorized Agent for Secured Creditor
                                                 130 Clinton Rd #202
                                                 Fairfield, NJ 07004
                                                 Telephone: 470-321-7112

                                                 By: /s/Charles Wohlrab
                                                      Charles Wohlrab, Esq.
                                                      Email: CWohlrab@raslg.com

## **CERTIFICATE OF SERVICE**

      **I HEREBY CERTIFY** that on November 11, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

TRACIA KNIGHT
214 WEST GRANGE AVENUE
PHILADELPHIA, PA 19120

And via electronic mail to:

DILWORTH PAXSON LLP
1500 MARKET STREET, SUITE 3500E
PHILDELPHIA, PA 19102

KENNETH E. WEST
OFFICE OF THE CHAPTER 13 STANDING TRUSTEE 1234 MARKET STREET - SUITE 1813
PHILADELPHIA, PA 19107

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE ROBERT N.C. NIX FEDERAL BUILDING SUITE 300
PHILADELPHIA, PA 19107

                                                    By: /s/ Brianna Carr