**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE: Tracia Knight** | : | **CHAPTER 13** |
| | : | |
| **DEBTOR(S),** | : | **CASE NO. 19-11173** |

**PRAECIPE TO WITHDRAW MOTION**

To the Clerk,

    Kindly withdraw Debtor's Application for Compensation Supplemental filed on October 20, 2022, docket number 91 and 92.

Dated: November 18, 2022                        Respectfully Submitted,

                                                    /s/ Michelle Lee

                                                      Michelle Lee, Esquire
                                                      Dilworth Paxson LLP
                                                      1500 Market Street, Suite 3500E
                                                      Philadelphia, PA 19102

{00362533;v1}