**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Tracia Knight | CHAPTER 13 |
| DEBTOR(S) | BANKRUPTCY NO: 19-11738 |

**CERTIFICATION OF NO RESPONSE**

I, the undersigned, certify that, having served or caused to be served, a copy of the Notice, Supplemental Application and Proposed Order on December 7, 2022, as shown in the Certification of Service filed in this matter, that more than 20 days have passed and that I have received no response, either oral or written, as of this date to Debtor Attorney's Application for Compensation and Reimbursement of Expenses.

I respectfully request that the Court enter the attached Order.

Dated: December 27, 2022          /s/ Michelle Lee, Esq.
                                  Michelle Lee
                                  Dilworth Paxson LLP
                                  1500 Market Street, Suite 3500E
                                  Philadelphia, PA 19102

{00389887;v1}