# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                                  Chapter 13

                                                  Bankruptcy No. 19-11738-MDC

TRACIA KNIGHT

214 WEST GRANGE AVENUE

PHILADELPHIA, PA 19120

      Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    TRACIA KNIGHT

    214 WEST GRANGE AVENUE

    PHILADELPHIA, PA 19120

Counsel for debtor(s), by electronic notice only.

    GEORGETTE MILLER, ESQ.
    DILWORTH PAXSON LLP
    1500 MARKET ST., STE 3500 E.
    PHILADELPHIA, PA 19102-

Date: 4/19/2023

/S/ Kenneth E. West
_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee