# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:  Tracia Knight, | : | Chapter 13 |
| | : | |
| | : | Case No.  19-11738 (PMM) |
| | : | |
| Debtor. | : | |

### O R D E R

**AND NOW**, upon consideration of the Motion for Relief from Stay (doc. #123, "the Motion");

**AND,** the parties having reported the Motion settled;

**AND,** the stipulation was to have been filed on or before April 12, 2024, see doc. entry #126;

**AND,** no stipulation having been filed and no further action having been taken with regard to the Motion;

It is therefore **ORDERED** that:

1) The Motion is **DENIED**; and

2) The entrance of this Order precludes any further action with regard to the Motion.

Date:  4/16/24

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**