IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | | |
|---|---|---|
| In re: TRACIA KNIGHT<br>**Debtor** | )<br>)<br>) | CHAPTER 13 |
| SANTANDER CONSUMER USA INC.<br>**Moving Party** | )<br>) | Case No.: 19-11738 (PMM) |
| v. | )<br>)<br>) | |
| TRACIA KNIGHT<br>**Respondent** | )<br>) | 11 U.S.C. 362 |
| KENNETH E. WEST<br>**Trustee** | )<br>)<br>)<br>) | |

## ORDER APPROVING STIPULATION

IT IS HEREBY ORDERED that the Stipulation between Santander Consumer USA Inc. and the Debtor in settlement of the Motion To Modify Plan, and filed on or about June 11, 2024 in the above matter is APPROVED.

Dated: **June 13, 2024**

BY THE COURT:

*Patricia M. Mayer*
_____
Hon. Patricia M. Mayer
UNITED STATES BANKRUPTCY JUDGE