**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re: Tracia Knight,** | **:** | **Chapter 13** |
| | **:** | |
| | **:** | |
| **Debtor,** | **:** | **Bankruptcy No.  19-11738** |

## O R D E R

**AND NOW, this __8th__ day of __August__, 2024,** upon consideration of the

Debtor's Motion to Modify Plan Post-Confirmation, and after notice and hearing, and with the

consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1.      The Motion is **GRANTED**.

2.      The Debtor's Amended Chapter 13 Plan at Docket # __151__ is **APPROVED**.

_Patricia M. Mayer_

_____
                    **Honorable Judge Mayer**