Certificate Number: 15317-PAE-DE-040918145

Bankruptcy Case Number: 19-11738



15317-PAE-DE-040918145

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 29, 2026, at 4:49 o'clock PM PDT, Tracia Nicole Knight completed a course on personal financial management given by telephone by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   April 29, 2026                   By:      /s/Christel Raz

                                         Name:  Christel Raz

                                         Title:   Counselor