**Fill in this information to identify the case:**

Debtor 1     **TRACIA  KNIGHT**

Debtor 2
(Spouse, if filing)

Unites States Bankruptcy Court for the:   **Eastern District of Pennsylvania**

(State)

Case Number    **19-11738-DJB**

## Official Form 410C13-N

# Trustee's Notice of Disbursements Made

**12/25**

**The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee.  Rule 3002.1(g)(1).**

| Part 1: | Mortgage Information |
| --- | --- |

**Name of claim holder:**   SELENE FINANCE LP

**Court claim no.** (if known): 8

**Last 4 digits** of any number you use to identify the debtor's account:   8   8   2   0

**Property Address:**    214 WEST GRANGE AVENUE
Number     Street

Philadelphia        PA    19120
City        State    ZIP Code

| Part 2: | Statement of Completion |
| --- | --- |

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

| Part 3: | Arrearages |
| --- | --- |

|  | Amount |
| --- | --- |
| a.  Allowed amount of prepetition arrearage: | $ 15,220.94 |
| b.  Total amount of prepetition arrearage disbursed by the trustee: | $ 15,220.94 |
| c.  Total amount of postpetition arrearage disbursed by the trustee: | $ 1,841.96 |
| d.  Total amount of arrearages disbursed by the trustee: | $ 17,062.90 |

## Part 4:   Postpetition Payment

*Check one:*

☒ Postpetition payments are made by the debtor.

☐ Postpetition payments are paid through the trustee.

☐ Other:

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a.   Total amount of postpetition payments disbursed by the trustee as of date of notice:     $ _____ -0-

b.   The last ongoing mortgage payment disbursed by the trustee was the payment due on _____. All subsequent ongoing mortgage payments must be made directly by the debtor to the mortgage claimant.

## Part 5:   Postpetition Fees, Expenses, and Charges

Amount of postpetition fees, expenses, and charges disbursed by the trustee:     $ _____ -0-

## Part 6:   A Response Is Required By Bankruptcy Rule 3002.1(g)(3)

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

✘ /s/ Kenneth E. West                                               Date    06/17/2026
Signature

Trustee     Kenneth E. West
            First Name          Middle Name          Last Name

Address     190 N. Independence Mall West, Suite 701
            Number       Street

            Philadelphia                          PA      19106
            City                                  State   ZIP Code

Contact phone   (215) 627-1377              Email  info@ph13trustee.com

| Debtor 1 | TRACIA KNIGHT | | Case Number 19-11738-DJB | Page 1 |
|---|---|---|---|---|
| | Name | | | |

## History Of Payments

### Part 3 - b (Prepetition Arrears)

| Claim # | Name | Creditor Type | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|---|
| 8 | SELENE FINANCE LP | Secured Arrears Mortgage | 06/13/2023 | 3026236 | Disbursement To Creditor/Principal | 582.28 |
| 8 | SELENE FINANCE LP | Secured Arrears Mortgage | 08/15/2023 | 3028515 | Disbursement To Creditor/Principal | 937.47 |
| 8 | SELENE FINANCE LP | Secured Arrears Mortgage | 10/10/2023 | 3030681 | Disbursement To Creditor/Principal | 203.64 |
| 8 | SELENE FINANCE LP | Secured Arrears Mortgage | 11/09/2023 | 3031675 | Disbursement To Creditor/Principal | 357.46 |
| 8 | SELENE FINANCE LP | Secured Arrears Mortgage | 12/21/2023 | 4000508 | Disbursement To Creditor/Principal | 357.46 |
| 8 | SELENE FINANCE LP | Secured Arrears Mortgage | 01/16/2024 | 4001354 | Disbursement To Creditor/Principal | 357.46 |
| 8 | SELENE FINANCE LP | Secured Arrears Mortgage | 02/12/2024 | 4002269 | Disbursement To Creditor/Principal | 357.46 |
| 8 | SELENE FINANCE LP | Secured Arrears Mortgage | 03/12/2024 | 4003185 | Disbursement To Creditor/Principal | 357.46 |
| 8 | SELENE FINANCE LP | Secured Arrears Mortgage | 04/10/2024 | 4004101 | Disbursement To Creditor/Principal | 357.46 |
| 8 | SELENE FINANCE LP | Secured Arrears Mortgage | 11/13/2024 | 4010432 | Disbursement To Creditor/Principal | 463.64 |
| 8 | SELENE FINANCE LP | Secured Arrears Mortgage | 01/15/2025 | 4012110 | Disbursement To Creditor/Principal | 588.53 |
| 8 | SELENE FINANCE LP | Secured Arrears Mortgage | 02/12/2025 | 4012981 | Disbursement To Creditor/Principal | 1,177.06 |
| 8 | SELENE FINANCE LP | Secured Arrears Mortgage | 03/12/2025 | 4013826 | Disbursement To Creditor/Principal | 588.53 |
| 8 | SELENE FINANCE LP | Secured Arrears Mortgage | 05/14/2025 | 4015563 | Disbursement To Creditor/Principal | 1,765.59 |
| 8 | SELENE FINANCE LP | Secured Arrears Mortgage | 08/13/2025 | 4018086 | Disbursement To Creditor/Principal | 588.53 |
| 8 | SELENE FINANCE LP | Secured Arrears Mortgage | 09/10/2025 | 4018920 | Disbursement To Creditor/Principal | 588.53 |
| 8 | SELENE FINANCE LP | Secured Arrears Mortgage | 10/15/2025 | 4019772 | Disbursement To Creditor/Principal | 1,177.06 |
| 8 | SELENE FINANCE LP | Secured Arrears Mortgage | 03/18/2026 | 4024067 | Disbursement To Creditor/Principal | 588.53 |
| 8 | SELENE FINANCE LP | Secured Arrears Mortgage | 05/13/2026 | 4025855 | Disbursement To Creditor/Principal | 1,177.06 |
| 8 | SELENE FINANCE LP | Secured Arrears Mortgage | 06/17/2026 | 4026739 | Disbursement To Creditor/Principal | 2,649.73 |
| | | | | | Total for Claim Number 8: | 15,220.94 |

**Total for Part 3 - b (Prepetition Arrears): 15,220.94**

### Part 3 - c (Postpetition Arrears)

| Claim # | Name | Creditor Type | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|---|
| 8 | SELENE FINANCE LP | Secured Arrears Order On Stip Post-Pet | 06/13/2023 | 3026237 | Disbursement To Creditor/Principal | 70.46 |
| 8 | SELENE FINANCE LP | Secured Arrears Order On Stip Post-Pet | 08/15/2023 | 3028515 | Disbursement To Creditor/Principal | 113.45 |
| 8 | SELENE FINANCE LP | Secured Arrears Order On Stip Post-Pet | 10/10/2023 | 3030681 | Disbursement To Creditor/Principal | 24.64 |
| 8 | SELENE FINANCE LP | Secured Arrears Order On Stip Post-Pet | 11/09/2023 | 3031675 | Disbursement To Creditor/Principal | 43.26 |
| 8 | SELENE FINANCE LP | Secured Arrears Order On Stip Post-Pet | 12/21/2023 | 4000508 | Disbursement To Creditor/Principal | 43.26 |
| 8 | SELENE FINANCE LP | Secured Arrears Order On Stip Post-Pet | 01/16/2024 | 4001354 | Disbursement To Creditor/Principal | 43.26 |
| 8 | SELENE FINANCE LP | Secured Arrears Order On Stip Post-Pet | 02/12/2024 | 4002269 | Disbursement To Creditor/Principal | 43.26 |
| 8 | SELENE FINANCE LP | Secured Arrears Order On Stip Post-Pet | 03/12/2024 | 4003185 | Disbursement To Creditor/Principal | 43.26 |
| 8 | SELENE FINANCE LP | Secured Arrears Order On Stip Post-Pet | 04/10/2024 | 4004101 | Disbursement To Creditor/Principal | 43.26 |
| 8 | SELENE FINANCE LP | Secured Arrears Order On Stip Post-Pet | 11/13/2024 | 4010432 | Disbursement To Creditor/Principal | 56.11 |
| 8 | SELENE FINANCE LP | Secured Arrears Order On Stip Post-Pet | 01/15/2025 | 4012110 | Disbursement To Creditor/Principal | 71.22 |
| 8 | SELENE FINANCE LP | Secured Arrears Order On Stip Post-Pet | 02/12/2025 | 4012981 | Disbursement To Creditor/Principal | 142.44 |
| 8 | SELENE FINANCE LP | Secured Arrears Order On Stip Post-Pet | 03/12/2025 | 4013826 | Disbursement To Creditor/Principal | 71.22 |
| 8 | SELENE FINANCE LP | Secured Arrears Order On Stip Post-Pet | 05/14/2025 | 4015563 | Disbursement To Creditor/Principal | 213.66 |
| 8 | SELENE FINANCE LP | Secured Arrears Order On Stip Post-Pet | 08/13/2025 | 4018086 | Disbursement To Creditor/Principal | 71.22 |
| 8 | SELENE FINANCE LP | Secured Arrears Order On Stip Post-Pet | 09/10/2025 | 4018920 | Disbursement To Creditor/Principal | 71.22 |
| 8 | SELENE FINANCE LP | Secured Arrears Order On Stip Post-Pet | 10/15/2025 | 4019772 | Disbursement To Creditor/Principal | 142.44 |
| 8 | SELENE FINANCE LP | Secured Arrears Order On Stip Post-Pet | 03/18/2026 | 4024067 | Disbursement To Creditor/Principal | 71.22 |
| 8 | SELENE FINANCE LP | Secured Arrears Order On Stip Post-Pet | 05/13/2026 | 4025855 | Disbursement To Creditor/Principal | 142.44 |
| 8 | SELENE FINANCE LP | Secured Arrears Order On Stip Post-Pet | 06/17/2026 | 4026739 | Disbursement To Creditor/Principal | 320.66 |
| | | | | | Total for Claim Number 8: | 1,841.96 |

| Debtor 1 | TRACIA  KNIGHT | Case Number **19-11738-DJB** | Page 2 |
|---|---|---|---|
| | Name | | |

## History Of Payments

| | |
|---|---|
| **Total for Part 3 - c (Postpetition Arrears):** | **1,841.96** |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | **TRACIA  KNIGHT** |
| Debtor 2 (Spouse, if filing) | |
| Unites States Bankruptcy Court for the: | **Eastern District of Pennsylvania** |
| | (State) |
| Case Number | **19-11738-DJB** |

## Official Form 410C13-N

# Trustee's Notice of Disbursements Made

**12/25**

**The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee.  Rule 3002.1(g)(1).**

| Part 1: | Mortgage Information |
|---|---|

**Name of claim holder:**   SELENE FINANCE LP

**Court claim no.**  (if known):
8

**Last 4 digits** of any number you use to identify the debtor's account:   8   8   2   0

**Property Address:**   214 WEST GRANGE AVENUE
Number       Street

Philadelphia                                         PA     19120
City                                                 State   ZIP Code

| Part 2: | Statement of Completion |
|---|---|

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

| Part 3: | Arrearages |
|---|---|

| | Amount |
|---|---|
| a.  Allowed amount of prepetition arrearage: | $    15,220.94 |
| b.  Total amount of prepetition arrearage disbursed by the trustee: | $    15,220.94 |
| c.  Total amount of postpetition arrearage disbursed by the trustee: | $     1,841.96 |
| d.  Total amount of arrearages disbursed by the trustee: | $    17,062.90 |

| Part 4: | Postpetition Payment |
|---|---|

*Check one:*

☒ Postpetition payments are made by the debtor.

☐ Postpetition payments are paid through the trustee.

☐ Other:

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a.   Total amount of postpetition payments disbursed by the trustee as of date of notice:        $ _____ -0-

b.   The last ongoing mortgage payment disbursed by the trustee was the payment due on
_____. All subsequent ongoing mortgage payments must be made directly by the debtor to
the mortgage claimant.

| Part 5: | Postpetition Fees, Expenses, and Charges |
|---|---|

Amount of postpetition fees, expenses, and charges disbursed by the trustee:        $ _____ -0-

| Part 6: | A Response Is Required By Bankruptcy Rule 3002.1(g)(3) |
|---|---|

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR .**

✗ /s/ Kenneth E. West                                    Date   06/17/2026
Signature

Trustee    Kenneth E. West
First Name          Middle Name          Last Name

Address    190 N. Independence Mall West, Suite 701
Number        Street

Philadelphia                              PA      19106
City                                     State    ZIP Code

Contact phone   (215) 627-1377        Email  info@ph13trustee.com

Debtor 1    TRACIA  KNIGHT                                          Case Number 19-11738-DJB                                          Page 1
Name

# History Of Payments

### Part 3 - b (Prepetition Arrears)

| Claim # | Name | Creditor Type | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|---|
| 8 | SELENE FINANCE LP | Secured Arrears Mortgage | 06/13/2023 | 3026236 | Disbursement To Creditor/Principal | 582.28 |
| 8 | SELENE FINANCE LP | Secured Arrears Mortgage | 08/15/2023 | 3028515 | Disbursement To Creditor/Principal | 937.47 |
| 8 | SELENE FINANCE LP | Secured Arrears Mortgage | 10/10/2023 | 3030681 | Disbursement To Creditor/Principal | 203.64 |
| 8 | SELENE FINANCE LP | Secured Arrears Mortgage | 11/09/2023 | 3031675 | Disbursement To Creditor/Principal | 357.46 |
| 8 | SELENE FINANCE LP | Secured Arrears Mortgage | 12/21/2023 | 4000508 | Disbursement To Creditor/Principal | 357.46 |
| 8 | SELENE FINANCE LP | Secured Arrears Mortgage | 01/16/2024 | 4001354 | Disbursement To Creditor/Principal | 357.46 |
| 8 | SELENE FINANCE LP | Secured Arrears Mortgage | 02/12/2024 | 4002269 | Disbursement To Creditor/Principal | 357.46 |
| 8 | SELENE FINANCE LP | Secured Arrears Mortgage | 03/12/2024 | 4003185 | Disbursement To Creditor/Principal | 357.46 |
| 8 | SELENE FINANCE LP | Secured Arrears Mortgage | 04/10/2024 | 4004101 | Disbursement To Creditor/Principal | 357.46 |
| 8 | SELENE FINANCE LP | Secured Arrears Mortgage | 11/13/2024 | 4010432 | Disbursement To Creditor/Principal | 463.64 |
| 8 | SELENE FINANCE LP | Secured Arrears Mortgage | 01/15/2025 | 4012110 | Disbursement To Creditor/Principal | 588.53 |
| 8 | SELENE FINANCE LP | Secured Arrears Mortgage | 02/12/2025 | 4012981 | Disbursement To Creditor/Principal | 1,177.06 |
| 8 | SELENE FINANCE LP | Secured Arrears Mortgage | 03/12/2025 | 4013826 | Disbursement To Creditor/Principal | 588.53 |
| 8 | SELENE FINANCE LP | Secured Arrears Mortgage | 05/14/2025 | 4015563 | Disbursement To Creditor/Principal | 1,765.59 |
| 8 | SELENE FINANCE LP | Secured Arrears Mortgage | 08/13/2025 | 4018086 | Disbursement To Creditor/Principal | 588.53 |
| 8 | SELENE FINANCE LP | Secured Arrears Mortgage | 09/10/2025 | 4018920 | Disbursement To Creditor/Principal | 588.53 |
| 8 | SELENE FINANCE LP | Secured Arrears Mortgage | 10/15/2025 | 4019772 | Disbursement To Creditor/Principal | 1,177.06 |
| 8 | SELENE FINANCE LP | Secured Arrears Mortgage | 03/18/2026 | 4024067 | Disbursement To Creditor/Principal | 588.53 |
| 8 | SELENE FINANCE LP | Secured Arrears Mortgage | 05/13/2026 | 4025855 | Disbursement To Creditor/Principal | 1,177.06 |
| 8 | SELENE FINANCE LP | Secured Arrears Mortgage | 06/17/2026 | 4026739 | Disbursement To Creditor/Principal | 2,649.73 |
| | | | | | Total for Claim Number 8: | 15,220.94 |

**Total for Part 3 - b (Prepetition Arrears):**    **15,220.94**

### Part 3 - c (Postpetition Arrears)

| Claim # | Name | Creditor Type | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|---|
| 8 | SELENE FINANCE LP | Secured Arrears Order On Stip Post-Pet | 06/13/2023 | 3026237 | Disbursement To Creditor/Principal | 70.46 |
| 8 | SELENE FINANCE LP | Secured Arrears Order On Stip Post-Pet | 08/15/2023 | 3028515 | Disbursement To Creditor/Principal | 113.45 |
| 8 | SELENE FINANCE LP | Secured Arrears Order On Stip Post-Pet | 10/10/2023 | 3030681 | Disbursement To Creditor/Principal | 24.64 |
| 8 | SELENE FINANCE LP | Secured Arrears Order On Stip Post-Pet | 11/09/2023 | 3031675 | Disbursement To Creditor/Principal | 43.26 |
| 8 | SELENE FINANCE LP | Secured Arrears Order On Stip Post-Pet | 12/21/2023 | 4000508 | Disbursement To Creditor/Principal | 43.26 |
| 8 | SELENE FINANCE LP | Secured Arrears Order On Stip Post-Pet | 01/16/2024 | 4001354 | Disbursement To Creditor/Principal | 43.26 |
| 8 | SELENE FINANCE LP | Secured Arrears Order On Stip Post-Pet | 02/12/2024 | 4002269 | Disbursement To Creditor/Principal | 43.26 |
| 8 | SELENE FINANCE LP | Secured Arrears Order On Stip Post-Pet | 03/12/2024 | 4003185 | Disbursement To Creditor/Principal | 43.26 |
| 8 | SELENE FINANCE LP | Secured Arrears Order On Stip Post-Pet | 04/10/2024 | 4004101 | Disbursement To Creditor/Principal | 43.26 |
| 8 | SELENE FINANCE LP | Secured Arrears Order On Stip Post-Pet | 11/13/2024 | 4010432 | Disbursement To Creditor/Principal | 56.11 |
| 8 | SELENE FINANCE LP | Secured Arrears Order On Stip Post-Pet | 01/15/2025 | 4012110 | Disbursement To Creditor/Principal | 71.22 |
| 8 | SELENE FINANCE LP | Secured Arrears Order On Stip Post-Pet | 02/12/2025 | 4012981 | Disbursement To Creditor/Principal | 142.44 |
| 8 | SELENE FINANCE LP | Secured Arrears Order On Stip Post-Pet | 03/12/2025 | 4013826 | Disbursement To Creditor/Principal | 71.22 |
| 8 | SELENE FINANCE LP | Secured Arrears Order On Stip Post-Pet | 05/14/2025 | 4015563 | Disbursement To Creditor/Principal | 213.66 |
| 8 | SELENE FINANCE LP | Secured Arrears Order On Stip Post-Pet | 08/13/2025 | 4018086 | Disbursement To Creditor/Principal | 71.22 |
| 8 | SELENE FINANCE LP | Secured Arrears Order On Stip Post-Pet | 09/10/2025 | 4018920 | Disbursement To Creditor/Principal | 71.22 |
| 8 | SELENE FINANCE LP | Secured Arrears Order On Stip Post-Pet | 10/15/2025 | 4019772 | Disbursement To Creditor/Principal | 142.44 |
| 8 | SELENE FINANCE LP | Secured Arrears Order On Stip Post-Pet | 03/18/2026 | 4024067 | Disbursement To Creditor/Principal | 71.22 |
| 8 | SELENE FINANCE LP | Secured Arrears Order On Stip Post-Pet | 05/13/2026 | 4025855 | Disbursement To Creditor/Principal | 142.44 |
| 8 | SELENE FINANCE LP | Secured Arrears Order On Stip Post-Pet | 06/17/2026 | 4026739 | Disbursement To Creditor/Principal | 320.66 |
| | | | | | Total for Claim Number 8: | 1,841.96 |

Debtor 1   **TRACIA  KNIGHT**
Name

Case Number **19-11738-DJB**

Page 2

## History Of Payments

**Total for Part 3 - c (Postpetition Arrears):**     **1,841.96**