United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                    Case No. 19-11738-djb

Tracia Knight                                                                      Chapter 13

   Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                          User: admin                                  Page 1 of 2

Date Rcvd: Jun 17, 2026                    Form ID: 234                              Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol        Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 19, 2026:**

**Recip ID              Recipient Name and Address**
db                  +  Tracia Knight, 214 West Grange Avenue, Philadelphia, PA 19120-1861

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 19, 2026                       Signature:           /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 17, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MATTHEW K. FISSEL | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bkgroup@kmllawgroup.com matthew.fissel@brockandscott.com |
| MATTHEW K. FISSEL | on behalf of Creditor DITECH FINANCIAL LLC bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com |
| MICHELLE LEE | on behalf of Debtor Tracia Knight bky@dilworthlaw.com  ksheronas@dilworthlaw.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing mimcgowan@raslg.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor U.S. Bank Trust National Association mimcgowan@raslg.com |

District/off: 0313-2                          User: admin                                         Page 2 of 2
Date Rcvd: Jun 17, 2026                       Form ID: 234                                   Total Noticed: 1

MICHELLE L. MCGOWAN
                    on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as owner trustee for RCF 2
                    Acquisition Trust c/o U.S. Bank Trust National Association mimcgowan@raslg.com

United States Trustee
                    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
                    on behalf of Creditor Santander Consumer USA  Inc. wcraig@egalawfirm.com,
                    mortoncraigecf@gmail.com;alapinski@egalawfirm.com


TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Tracia Knight

    Debtor(s)           Case No:19−11738−djb

                    Chapter: 13

_____

### *NOTICE OF TERMINATION OF WAGE ORDER*

NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed a notice indicating that all plan payments have been made.

2. **Pursuant to the Standing Order of this Court, Misc. No. 22−03003, any wage order entered in this case has been TERMINATED and the employer shall cease wage withholding EFFECTIVE IMMEDIATELY upon receipt of notice of the termination of the wage order.**

3. Pursuant to the Standing Order, **the Debtor(s) counsel must serve this Notice on the employer FORTHWITH.**

              For The Court

              Mohung Wong
              Clerk of Court

Date: 6/17/26