United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                    Case No. 19-11738-djb

Tracia Knight                                                             Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                         User: admin                              Page 1 of 3

Date Rcvd: Jun 18, 2026                      Form ID: 138OBJ                          Total Noticed: 42

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 20, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Tracia Knight, 214 West Grange Avenue, Philadelphia, PA 19120-1861 |
| 14292458 | | AIIC, P.O. Box 1890, Blue Bell, PA 19422-0479 |
| 14292459 | | Attorney General of the United States, Ben Franklin Station, Ben Franklin Station, Washington, DC 20044 |
| 14292460 | ++ | CAINE & WEINER COMPANY, 12005 FORD ROAD 300, DALLAS TX 75234-7262 address filed with court:, Caine & Weiner, Attn: Bankruptcy, 21210 Erwin St, Woodland Hills, CA 91367 |
| 14292466 | | Ditech, Attn: Bankruptcy, Po Box 6172, Rapid City, SD 57709 |
| 14334306 | | Ditech Financial LLC, P.O. Box 12740, Tempe, AZ 85284-0046 |
| 14296553 | + | Ditech Financial LLC, c/o Rebecca A. Solarz, Esq., KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14292467 | | Ed Financial Services, P.O. Box 105193, Atlanta, GA 30348-5193 |
| 14292470 | + | Greenhouse Internist, 35 E Mt Airy Avenue, Philadelphia, PA 19119-1713 |
| 14855344 | + | Santander Consumer USA Inc, C/O William E. Craig, 1040 N. Kings Highway, Ste. 200, Cherry Hill, NJ 08034-1925 |
| 14853896 | + | Santander Consumer USA, Inc., c/o WILLIAM EDWARD CRAIG, Eisenberg Gold and Agrawal, P.C., 1040 Kings Hwy N #200, Cherry Hill, NJ 08034-1925 |
| 14292481 | | Universay Fidelity, LP, PO Box 219785, Houston, TX 77218-9785 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| smg | | Email/Text: megan.harper@phila.gov | Jun 19 2026 00:57:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 19 2026 00:57:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14399931 | | Email/Text: megan.harper@phila.gov | Jun 19 2026 00:57:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14311453 | + | Email/Text: documentfiling@lciinc.com | Jun 19 2026 00:57:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 14292463 | | Email/Text: CCBANKRUPTCY@CORTRUSTBANK.COM | Jun 19 2026 00:57:00 | CorTrust Bank, Attn: Bankruptcy, Po Box 5431, Sioux Falls, SD 57117 |
| 14292461 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 19 2026 01:01:03 | Chase Card, Po Box 15298, Wilmington, DE 19850-5298 |
| 14292462 | + | Email/Text: bankruptcy@philapark.org | Jun 19 2026 00:57:00 | City of Philadelphia, Parking Violations Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14292464 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 19 2026 01:00:56 | Credit One Bank Na, Po Box 98873, Las Vegas, |

District/off: 0313-2 | User: admin | Page 2 of 3
Date Rcvd: Jun 18, 2026 | Form ID: 138OBJ | Total Noticed: 42

| | | | |
|---|---|---|---|
| | | | NV 89193-8873 |
| 14292465 | | Email/PDF: ais.dtv.ebn@aisinfo.com | |
| | | Jun 19 2026 01:01:04 | Directv, PO BOX 5007, Carol Stream, IL 60197-5007 |
| 14292468 | + | Email/Text: EBN@edfinancial.com | |
| | | Jun 19 2026 00:57:00 | EdFinancial Services, Llc, 298 North Seven Oaks Dr, Knoxville, TN 37922-2369 |
| 14315796 | + | Email/Text: EBN@edfinancial.com | |
| | | Jun 19 2026 00:57:00 | Edfinancial on behalf of US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |
| 14292473 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | |
| | | Jun 19 2026 00:57:00 | IRS, 2970 Market Street, Philadelphia, PA 19104-5002 |
| 14292474 | + | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | Jun 19 2026 01:01:05 | LVNV Funding, Po Box 10497, Greenville, SC 29603-0497 |
| 14305048 | | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | Jun 19 2026 01:00:56 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14292475 | + | Email/Text: bankruptcydpt@mcmcg.com | |
| | | Jun 19 2026 00:57:00 | Midland Credit Management, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 14651054 | + | Email/Text: RASEBN@raslg.com | |
| | | Jun 19 2026 00:57:00 | New Rez LLC, dba Shellpoint Mortgage Servicing, c/o Charles Wohlrab, Esq., 130 Clinton Rd #202, Fairfield NJ 07004-2927 |
| 14292476 | + | Email/Text: USCOURTSEBN@finance.nyc.gov | |
| | | Jun 19 2026 00:57:00 | New York City Department of Fi, Parking Violations/Collections, Church Street Station, PO Box 3600, New York, NY 10008-3600 |
| 14440583 | | Email/Text: mtgbk@shellpointmtg.com | |
| | | Jun 19 2026 00:57:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14292478 | + | Email/Text: bankruptcygroup@peco-energy.com | |
| | | Jun 19 2026 00:57:00 | PECO, PO Box 37629, Philadelphia, PA 19101-0629 |
| 14292479 | ^ | MEBN | |
| | | Jun 19 2026 00:52:59 | PGW, 800 W. Montgomery Ave, Philadelphia, PA 19122-2806 |
| 14307826 | + | Email/Text: bankruptcy@philapark.org | |
| | | Jun 19 2026 00:57:00 | Philadelphia Parking Authority, 701 Market St, Suite 5400, Philadelphia, Pa 19106-2895 |
| 14735152 | + | Email/Text: RASEBN@raslg.com | |
| | | Jun 19 2026 00:57:00 | RAS Crane & Partners, PLLC, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 14292480 | + | Email/Text: enotifications@santanderconsumerusa.com | |
| | | Jun 19 2026 00:57:00 | Santander Consumer USA, Po Box 961245, Ft Worth, TX 76161-0244 |
| 14303396 | + | Email/Text: enotifications@santanderconsumerusa.com | |
| | | Jun 19 2026 00:57:00 | Santander Consumer USA, Inc., P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 14845355 | + | Email/Text: RASEBN@raslg.com | |
| | | Jun 19 2026 00:57:00 | U.S. Bank Trust N.A., c/o MICHELLE L. MCGOWAN, Robertson, Anschutz, Schneid, Crane &, Partners PLLC, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 14673055 | + | Email/Text: bkteam@selenefinance.com | |
| | | Jun 19 2026 00:57:00 | U.S. Bank Trust National Association, Selene Finance, LP, Attn; BK Dept, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |
| 14735446 | + | Email/Text: RASEBN@raslg.com | |
| | | Jun 19 2026 00:57:00 | U.S. Bank Trust National Association, c/o Charles Wohlrab, Esq., 130 Clinton Rd #202, Fairfield NJ 07004-2927 |
| 14845121 | + | Email/Text: RASEBN@raslg.com | |
| | | Jun 19 2026 00:57:00 | U.S. Bank Trust National Association, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 14292482 | + | Email/Text: megan.harper@phila.gov | |
| | | Jun 19 2026 00:57:00 | Water Revenue Bureau, 1401 JFK Boulevard, Philadelphia, PA 19102-1663 |
| 14292477 | + | Email/Text: USCOURTSEBN@finance.nyc.gov | |
| | | Jun 19 2026 00:57:00 | nyc department of finance, parking violations, curch street station, po box 3600, New York, NY |

10008-3600

TOTAL: 30

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14292472 | * | IRS, PO BOX 7346, Philadelphia, PA 19101-7346 |
| 14292471 | * | Internal Revenue Service, P.O. Box 804527, Cincinnati, OH 45280-4527 |
| 14292469 | ##+ | ERC/Enhanced Recovery Corp, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2026                          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 18, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MATTHEW K. FISSEL | on behalf of Creditor DITECH FINANCIAL LLC bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com |
| MATTHEW K. FISSEL | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bkgroup@kmllawgroup.com matthew.fissel@brockandscott.com |
| MICHELLE LEE | on behalf of Debtor Tracia Knight bky@dilworthlaw.com  ksheronas@dilworthlaw.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing mimcgowan@raslg.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor U.S. Bank Trust National Association mimcgowan@raslg.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association mimcgowan@raslg.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Santander Consumer USA  Inc. wcraig@egalawfirm.com, mortoncraigecf@gmail.com;alapinski@egalawfirm.com |

TOTAL: 9

*Form 138OBJ* (6/24)−doc 167 − 165

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                       )
    Tracia Knight             )        Case No. 19−11738−djb
    aka Tracia Knight−Warner  )
                        )
    Debtor(s).            )        Chapter: 13
                        )
                        )

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: June 18, 2026                         For The Court

                                               Mohung Wong
                                             Clerk of Court